# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HAYDEN A. BEAULIEU,

        Plaintiff,

v.

GREGORY MCKAY, et al.,

        Defendants.

CASE NO. C19-0027-JLR

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application (Dkt. 1) is deficient. He states his expenses are paid by the State of California, without identifying the amount of support received beyond $1,000.00 in gifts or inheritances, and does not list monthly expenses. Plaintiff must submit a revised application within **twenty (20) days** of the date of this Order, providing complete and detailed information as to financial support and monthly expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 10th day of January, 2019.

        WILLIAM M. MCCOOL, Clerk

        By: s/ Sharita Tolliver
            Deputy Clerk