UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYDEN A. BEAULIEU, | CASE NO. C19-0027JLR |
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| GREGORY MCKAY, et al., | |
| Defendants. | |

The court hereby refers all pretrial proceedings in this case to United States Magistrate Judge Mary Alice Theiler pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Local Rules W.D. Wash. MJR 3 and 4. The Magistrate Judge shall:

1. Consider and take appropriate action upon any and all motions currently pending, and any other motions filed prior to trial;

2. Supervise the completion of discovery;

3. Supervise the preparation of a pretrial order; and

4. Consider and act upon such other matters as might arise in the pretrial phases of this case.

Review of actions by the Magistrate Judge shall be in accordance with the provisions of 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Local Rules W.D. Wash. MJR 3 and 4.

Dated this 10th day of April, 2019.

JAMES L. ROBART
United States District Judge

ORDER- 2