# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAYDEN A. BEAULIEU,<br><br>                 Plaintiff,<br><br>   v.<br><br>GREGORY MCKAY, et al.,<br><br>                 Defendants. | CASE NO. C19-0027-JLR-MAT<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Given the referral of this matter to the undersigned for all pretrial proceedings (Dkt. 14) and the pending Order to Show Cause (Dkt. 15), the Court herein STRIKES the deadlines set forth in the Order Regarding Initial Disclosures and Joint Status Report issued on April 3, 2019, prior to the referral (Dkt. 9). The deadlines will be reset as may be needed following resolution of the Order to Show Cause.

DATED this <u>2nd</u> day of May, 2019.

                 WILLIAM M. MCCOOL, Clerk

                 By: <u>s/ Sharita Tolliver</u>
                        Deputy Clerk

ORDER
PAGE - 1