UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYDEN A. BEAULIEU,<br><br>               Plaintiff,<br><br>    v.<br><br>GREGORY MCKAY, et al.,<br><br>               Defendants. | CASE NO. C19-0027-JLR<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Extension, Service, and Leave to Prepare Summonses (Dkt. 11) is DENIED;

(3) Plaintiff's complaint, and this action, are DISMISSED without prejudice for failure to state a claim upon which relief can be granted; and

/ / /

/ / /

ORDER DISMISSING ACTION
PAGE - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 27th day of May, 2019.

_____
JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2